AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

UNITED STATES OF AMERICA

v.

ROBERT LEE VASQUEZ

)
)
)
)
)

Case No. 6:26-mj-00023-HBK

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)  The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno by Monday, June 22, 2026 before 12:00 PM for processing.

(4)  The defendant must appear at:   U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
_____
                                        *Place*

9004 CASTLE CLIFF COURT, YOSEMITE, CA 95389
_____
on _____ 8/11/2026 at 10:00 AM _____
                                  *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6/15/2026

_____
*Defendant's signature*

Date: 6/15/2026

_____
*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
_____
*Printed name and title*